1  **FARUQI & FARUQI, LLP**
2  Benjamin Heikali (SBN 307466)
   *E-mail: bheikali@faruqilaw.com*
3  Joshua Nassir (SBN 318344)
4  *E-mail: jnassir@faruqilaw.com*
   10866 Wilshire Boulevard, Suite 1470
5  Los Angeles, CA 90024
6  Telephone: (424) 256-2884
   Facsimile: (424) 256-2885
7

**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
*E-mail: awand@wandlawfirm.com*
400 Corporate Pointe, Suite 300
Culver City, CA 90230
Telephone: (310) 590-4503
Facsimile: (310) 590-4596

8  Attorneys for Plaintiffs
9  ALISON TOY and ANDREA WARD

10                **UNITED STATES DISTRICT COURT**
11                **CENTRAL DISTRICT OF CALIFORNIA**
                        **WESTERN DIVISION**
12

| | |
|---|---|
| ALISON TOY and ANDREA WARD, on behalf of themselves and all others similarly situated, | Case No.: 8:20-cv-02191-DOC-ADS |
| Plaintiffs, | [ASSIGNED FOR ALL PURPOSES TO HON. DAVID O. CARTER] |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| HAWAIIAN HOST CANDIES OF L.A. INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Alison Toy and Andrea Ward ("Named Plaintiffs"), by and through their counsel of record, hereby voluntarily dismiss all their claims in the above-captioned action, with prejudice as to Named Plaintiffs' individual claims, and without prejudice as to any claims of putative class members.

Defendant Hawaiian Host Candies of L.A., Inc. has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Named Plaintiffs may dismiss all their claims in this action under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: July 7, 2021

**FARUQI & FARUQI, LLP**

*/s/ Benjamin Heikali*
Benjamin Heikali
Joshua Nassir

**THE WAND LAW FIRM, P.C.**
Aubry Wand

Attorneys for Plaintiffs
ALISON TOY and ANDREA WARD